**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.09-20665-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DIEGO MONTOYA SANCHEZ**,

    Defendant.

_____/

Minutes
CHANGE OF PLEA

On <u>August 11, 2009</u>, the above named Defendant appeared in person before the Honorable <u>CECILIA M. ALTONAGA</u>, United States District Judge, with <u>William A. Clay, Esq.</u>, Counsel appointed by the Court/retained by the Defendant, and said Defendant stated in Open Court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) <u>2</u> of the Indictment/Information.

After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

    Whereupon:

- (X) The Court postponed sentencing until <u>10/21/09 @ 8:30 a.m.</u>
- ( ) and the Defendant is allowed to remain on present bond until then;
- ( ) and the Defendant was remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- (X) and the Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Court Reporter: <u>Barbara Medina</u>  Interpreter: <u>Nila Christian</u>
Deputy Clerk: <u>Patricia Snead</u>   AUSA: <u>Michael Davis</u>
Duration of hearing: ____