UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20665-Cr-Altonaga

UNITED STATES OF AMERICA

v.

DIEGO MONTOYA SANCHEZ,
        Defendant.
                              /

## GOVERNMENT'S UNOPPOSED MOTION FOR CORRECTED JUDGMENT

      The United States files this unopposed motion requesting that the Court issue a corrected judgment.  The government makes this request in order to correct several typographical errors on the first page of the judgment (DE 11).

      1.     The first page of the judgment states that the defendant pled guilty to Count 1 of the indictment in this matter (which is was returned out of the District of the District for Columbia and was transferred to this District for guilty plea pursuant to Rule 20 of the Federal Rules of Criminal Procedure).  The table on the first page of the judgment also identifies the defendant's count of conviction as Count 1.

      2.     The defendant pled guilty to, and was convicted of, Count 2, rather than Count 1.  Also, he pled guilty to the superseding indictment in this matter, rather than the initial indictment.  Accordingly, the government respectfully requests that the Court issue a corrected judgment in this matter to reflect that Count 2 was the count that was the subject of the defendant's guilty plea and conviction and that the defendant pled guilty to the superseding indictment, rather than the initial indictment.

3. The defendant's attorney, William Clay, Esq., has advised that he does not oppose the relief requested.

Respectfully submitted,

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

/s/ Michael S. Davis
MICHAEL S. DAVIS
ASSISTANT UNITED STATES ATTORNEY
FL BAR # 972274
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9027 (phone); (305) 530-6168 (fax)
E-mail: Michael.Davis2@usdoj.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a copy of this document with the Clerk using CM/ECF.

/s/ Michael S. Davis
MICHAEL S. DAVIS
ASSISTANT UNITED STATES ATTORNEY